

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br><br>Vs<br><br>MICHELE DI COSOLA<br><br>DEFENDANT | MICHELE'S MOTION FOR DISCOVERY PURSUANT TO F.R.C.P. 26 & 29 AND FED.R. CRIM. P. 16<br><br>HON. MAGISTRATE JUDGE SCHENKIER<br>HON. JUDGE LEINENWEBER<br><br>Case No.:12CR0446<br>Date: August 21, 2012 |

**FILED**

AUG 2 2 2012

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

## MICHELE'S MOTION FOR DISCOVERY PURSUANT TO F.R.C.P 26 & 29 AND FED.R. CRIM. P. 16

**NOW COMES**, Michele, on behalf of the Defendant MICHELE DI COSOLA, and respectfully requests this Honorable Court enter an order directing the government to provide release for inspection and analysis all original materials and all discoverable evidence in their possession and or within its knowledge and or accessible knowledge, of who is in custody as the custodian and or in possession of such evidence, which shall be used against the alleged defendant, to both the current indictment proceedings and any future amended charges and proceedings and or amended indictment charges and proceedings, pursuant to Federal Rules of Civil Procedure Rule 26, Rule 29 and Federal Rules of Criminal Procedure Rule 16.

In addition to the general and specific government constitutional mandate for discovery, Michele is entitled to take depositions, interrogatories, requests for admissions, subpoenas, and court

orders to inspect, confront witnesses, and to require or compel discovery.

WHEREFORE, for the above stated reasons, Michele requests that this Honorable Court grant discovery to Michele, on behalf of MICHELE DI COSOLA, the alleged defendant.

Respectfully Submitted,<br>
Michele, Sui Juris, on behalf of<br>
MICHELE DI COSOLA;<br><br>
By: _____<br>
Attornatus Privatus

c/o Michele, sui juris
c/o 173 Pintail Lane, Bloomingdale, Illinois
Non domestic, without U.S., DMM Exempt, near 60108