

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br><br>Vs<br><br>MICHELE DI COSOLA<br><br>DEFENDANT | MOTION TO COMPEL DISCLOSURE OF ALL WITNESSES WHICH INCLUDE KEY WITNESSES THAT WILL AND WILL NOT TAKE THE STAND<br><br>Case No.:12CR0446<br><br>HON. MAGISTRATE JUDGE SCHENKIER<br>HON. JUDGE LEINENWEBER<br><br>Date: August 21, 2012 |

**FILED**

AUG 2 2 2012

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

## MOTION TO COMPEL DISCLOSURE OF ALL WITNESSES WHICH INCLUDE KEY WITNESSESS THAT WILL AND WILL NOT TAKE THE STAND

NOW COMES: Michele, Sui Juris, on behalf of Defendant MICHELE DI COSOLA, who hereby moves this Honorable Court for an order compelling the prosecution to disclose the following:

1.    The identities, addresses and telephone numbers, particularly those numbers used for calls made in connection with the alleged conversations in this case, of any confidential informant who were present at or during the continuance of the alleged crimes set forth in the indictment, and who has furnished to any law enforcement officer or agent any information relating to crimes charged in indictment.

2.    The contents of any communication, whether written or oral made by any informant who may have participated with law enforcement officers in the investigation of any of the crimes alleged in the indictment. If the communication was made orally, provide the date and time of the communication, and a list of the persons present when the communication was

Page 1 of 4

made, along with a written summary for each of the communications.

3.  List all Witnesses' and Key witnesses' on separate listings.

4.  In the event prosecution declines to voluntarily disclose the identity of any such informant, or the substance of any communication, the Defendant requests that this Court conduct a hearing to determine whether the identity of any such individual or the information that they have supplied is privileged. Without such a hearing, the Defendant's rights protected by Roviaro vs. United States, 353 U.S. 35 (1957) are meaningless.

5.  If the Court believes that granting this motion at the present time is inappropriate, the Defendant requests permission to renew the motion at a later time.

Respectfully Submitted,
**Michele, Sui Juris,**
**On behalf of Defendant**
**MICHELE DI COSOLA,**

By: _____

Michele, Sui Juris

c/o Michele, sui juris
c/o 173 Pintail Lane, Bloomingdale, Illinois
Non domestic, without U.S., DMM Exempt, near 60108