

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br><br><br>Vs<br><br><br>MICHELE DI COSOLA<br><br>DEFENDANT | MICHELE'S MOTION TO COMPEL RELEASE FOR INSPECTION AND ANALYSIS OF ALL ORIGINAL DOCUMENTS, TANGIBLE OJBECTS AND OTHER ITEMS AND TO COPY OR PHOTOGRAPH BOOKS PAPERS DOCUMENTS DATA PHOTOGRAPHS TANGIBLE OBJECTS BUILDINGS OR PLACES OR COPIES OR PORTIONS OF ANY ITMES WITHIN THE SCOPE OF FED. R. CRIM P. 16(a)(1)(E)<br><br>HON. MAGISTRATE JUDGE SCHENKIER<br>HON. JUDGE LEINENWEBER **F I L E D**<br><br>Case No.:<u>12CR0446</u><br>Date: August 21, 2012      AUG 2 2 2012<br><br><br>                       THOMAS G BRUTON<br>           CLERK, U S DISTRICT COURT |

## MICHELE'S MOTION TO COMPEL RELEASE FOR INSPECTION AND ANALYSIS OF ALL ORIGINAL DOCUMENTS, TANGIBLE OJBECTS AND OTHER ITEMS AND TO COPY OR PHOTOGRAPH BOOKS PAPERS DOCUMENTS DATA PHOTOGRAPHS TANGIBLE OBJECTS BUILDINGS OR PLACES OR COPIES OR PORTIONS OF ANY ITMES WITHIN THE SCOPE OF FED. R. CRIM P. 16(a)(1)(E)

**NOW COMES**, Michele, on behalf of the Defendant MICHELE DI COSOLA, and respectfully

requests this Honorable Court enter an order directing the government to release for inspection

and analysis, all original documents, tangible objects, and other items, and to copy or photograph

books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or

portions of any of these items.

On July 31, 2012, the Prosecutor for the foreign government provided a cover letter related to the

Rule 16.1 discovery disclosures. Such letter under paragraph 3 stated that the government's

original documents, tangible objects, and other items within the scope of Fed. R. Crim. P. 16(a)(1)(E) and within the possession, custody or control of the government are available for inspection at a mutually time.

However, Michele is entitled to inspection and analysis of all such original documents, tangible objects and other items, as well as full disclosure of any original documents, tangible objects, and other items to which the foreign government is currently aware of or should have been aware of during its inspection and investigation, that is deliberately not in its possession so as to not use such last minute disclosure as a method by which to surprise the defense shortly before the trial.

Moreover, the government cannot play the "I didn't know", "I didn't know until now" or "I didn't have time to know" cards with relation to any original documents, tangible objects, and the like, material it is aware of at this time so as to surprise the defense without adequate time to prepare for trial.

**Pursuant to Rule 16(a)(1)(E)** *Documents and Tangible Objects.* Upon a defendant's request, the government must permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the government's possession, custody, or control and: (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to the defendant.

Wherefore, Michele, on behalf of the defendant, MICHELE DI COSOLA, respectfully requests

this Honorable Court enter an order directing the government to release for inspection and analysis, all original documents, tangible objects, and other items, and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, in the governments possession and or to provide full disclosure of the whereabouts and custodian(s) of the above, to which the governments has knowledge of prior to possession.

The defendant requests that the government remain under a continuing duty to tender such materials upon receipt.

Respectfully Submitted,
Michele, Sui Juris, on behalf of
MICHELE DI COSOLA;

By: _____

Attornatus Privatus

c/o Michele, sui juris
c/o 173 Pintail Lane, Bloomingdale, Illinois
Non domestic, without U.S., DMM Exempt, near 60108