UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Michele DiCosola

Defendant.

Case No.: 1:12−cr−00446
Honorable Harry D. Leinenweber

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 27, 2012:

    MINUTE entry before the Honorable Harry D. Leinenweber: Status hearing held and continued to 11/6/2012 at 9:00 a.m. Defendant's competency to proceed pro se to be determined at that time. As stated in open Court, Defendant's outstanding motions are denied without prejudice for failure to properly present to the Court. Without objection, the defendant is allowed to travel to Arizona from 9/29/2012 to 10/7/2012. Defendant to notify pretrial services of all travel arrangements. Enter excludable delay in the interest of justice to begin 9/27/2012 and end 11/6/2012 pursuant to 18:3161(h)(7)(A)(B).Mailed notice (wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.