# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 446 | **DATE** | 12/6/2012 |
| **CASE TITLE** | United States vs. DiCosola | | |

**DOCKET ENTRY TEXT**

Status Hearing Held. Defendant's motion for a bill of particulars is denied. Defendant has filed other motions and objections, which among other things, object to the Court's appointment of stand-by counsel. The Court directs the Government to respond to these motions by 12/20/12. Defendant is permitted to file a reply by 1/10/13. The Court will rule on Defendant's outstanding motions on 2/12/13 at 9:00 a.m.. Over the objection by defendant, the Court enters excludable delay in the interest of justice to begin 12/6/2012 and end 2/12/2013 pursuant to 18:316l(h) (7)(A)(B).

■[ For further details see text below.]  Docketing to mail notices.

**STATEMENT**

| | Courtroom Deputy Initials: | WAP |
|---|---|---|