**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| United States of America, <br><br> Plaintiff(s), <br><br> v. <br><br> Michele DiCosola, <br><br> Defendant(s). | Case No. 12 CR 446 <br> Judge Harry D. Leinenweber |

### ORDER

Defendant's Motion to Sever [ECF No. 195] is granted. Defendant's Motion for Disclosure of Exculpatory and Impeaching Evidence [ECF No. 196] is denied. Defendant's Motion for Disclosure of Signed Indictment and Grand Jury Minutes [ECF No. 197] is granted in part. The Government shall submit, for in camera review, competent proof that the indictment in this case was returned by a Grand Jury whose term had not expired. Defendant's Motion to Dismiss Count Two of the Indictment [ECF No. 198] is granted.

Time: 0:08

Date: 8/14/2014                            /s/ Harry D. Leinenweber
                                                         United States District Judge