IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, <br><br> Plaintiff(s), <br><br> v. <br><br> Michele DiCosola, <br><br> Defendant(s). | Case No. 12 CR 446 <br> Judge Harry D. Leinenweber |

### ORDER

The Defendant was convicted on Counts 1, 2 and 3 of the redacted indictment, which were Counts 1, 3 and 4, respectively, of the original indictment. The Court enters judgment of guilty on Counts 1, 3 and 4 of the original indictment.

Date: 9/18/2014

Harry D. Leinenweber
United States District Judge