# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| United States of America, <br><br> Plaintiff(s), <br><br> v. <br><br> Michele DiCosola, <br><br> Defendant(s). | Case No. 12 CR 446 <br> Judge Harry D. Leinenweber |

## ORDER

Bench Trial Held. The Court finds the defendant GUILTY on Counts 5 and 6 of the Indictment. Judgment of GUILTY entered on Counts 5 and 6 of the Indictment. Trial ends-Bench. Status hearing set for 7/7/2015 at 9:00 a.m. Enter excludable delay in the interest of justice to begin 6/26/2015 and end 7/7/2015 pursuant to 18:3161(h)(7)(A)(B). (X-T)

Time: 5:00

Date: 6/26/2015

Harry D. Leinenweber
United States District Judge